UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JONATHAN SOTO,

              Defendant.

- - - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

19 Cr. _____ (   )

**19 CRIM 255**

USDC - DVT
2:19-mj-150-1

## COUNT ONE

The Grand Jury charges:

1. On or about October 15, 2018, in the Southern District of New York, JONATHAN SOTO, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, a 9mm Luger Caliber Cartridge Casing, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JONATHAN SOTO,

Defendant.

SEALED INDICTMENT

19 Cr. _____ (    )

(Title 18, United States Code,
Sections 922(g).)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.